THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* NEW YORK CENTADRINK COMPANY, Appellant.

*People* v. *N. Y. Centadrink Co.,* 152 App. Div. 912, affirmed.

(Argued February 4, 1913; decided February 25, 1913.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department,

entered September 10, 1912, which affirmed a judgment of the Court of Special Sessions of the Peace convicting the defendant of a violation of section 161 of the Labor Law as a second offense in that it did unlawfully, willfully and knowingly employ, permit and suffer a child under the age of sixteen years to work in and in connection with a stand for the sale of drinks, owned, conducted and operated by it.

*Robert H. Charlton* for appellant.

*James C. Cropsey, District Attorney* (*Hersey Egginton* and *Harry G. Anderson* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.
Concur: CULLEN, Ch. J., GRAY, WILLARD BARTLETT, HISCOCK, CUDDEBACK, HOGAN and MILLER, JJ.